**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

GEORGE VARGO,                                         :    No. 40 WM 2022
                                                                  :
                          Petitioner                          :
                                                                  :
                                                                  :
              v.                                              :
                                                                  :
                                                                  :
MICHAEL MCGEEVER, DIRECTOR;              :
DEPARTMENT OF COURT RECORDS            :
FOR THE COURT OF COMMON PLEAS         :
OF ALLEGHENY COUNTY,                          :
                                                                  :
                          Respondent                        :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 28th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.